UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELOUISE MOORE,<br><br>           Plaintiff,<br><br>HSBC MORTGAGE SERVICES,<br><br>           Defendant. | Case No. 10-cv-1072<br><br>Hon. Gordon J. Quist |
| Elouise Moore<br>pro se Plaintiff<br>7611 Thrasher Lane<br>Kalamazoo, Michigan 49009 | DICKINSON WRIGHT PLLC<br>Francis R. Ortiz (P31911)<br>Jennifer L. Newby (P68891)<br>Attorneys for Defendant<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500<br>fortiz@dickinsonwright.com<br>jnewby@dickinsonwright.com |

### DEFENDANT HSBC MORTGAGE SERVICES' ANSWER
### AND AFFIRMATIVE DEFENSES

### ANSWER

     Defendant HSBC Mortgage Services ("HSBC"), by and through its counsel Dickinson Wright PLLC, hereby states as follows for its Answer to Plaintiff's Complaint, because Plaintiff failed to comply with Fed.R.Civ.P. 10(b) and number her paragraphs, HSBC's response corresponds to the numbered lines appearing in Plaintiff's Complaint:

### PARTIES

Lines 11-13    HSBC does not have sufficient information to admit or deny the allegations in this paragraph as they relate to Plaintiff, and leaves Plaintiff to her proofs.  Admitted that HSBC maintains the address cited.

### STATEMENT OF CAUSE

Lines 15-16    Admitted that Plaintiff entered into a mortgage for the property identified.

Lines 17-18    Denied.[1]

Lines 19-20    Denied.

Lines 21-22    Denied.

Line 23        Denied.

Lines 24-25    Denied.

Lines 26-29    Denied.

## IN BRIEF
(Non-factual Statement of Posture and Position)

Lines 32-46    These statements are not allegations but are instead Plaintiff's musings regarding this action. As such, no response from HSBC is required. To the extent a response is required, HSBC denies any allegations of wrong-doing.

## CAREFULLY CRAFTED CRIMINAL CONNIVANCE
(General State of the Real Estate Industry)

Lines 49-152    These statements are not allegations but are instead Plaintiff's musings regarding her perceived state of the real estate industry. As such, no response from HSBC is required. To the extent a response is required, HSBC denies any allegations of wrong-doing.

## PETITIONER WILL PROVE THE FOLLOWING

Lines 155-156    Denied to the extent the allegations relate to HSBC.

Lines 157-158    Denied to the extent the allegations relate to HSBC.

Lines 159-161    Denied to the extent the allegations relate to HSBC.

Lines 162-172    Denied to the extent the allegations relate to HSBC.

Lines 173-175    Denied to the extent the allegations relate to HSBC.

---

[1] Plaintiff's Complaint refers to "Defendants" throughout, as HSBC is the only named Defendant, all of HSBC's responses are as to and on behalf of HSBC only.

2

| | |
|---|---|
| Lines 176-177 | Denied to the extent the allegations relate to HSBC. |
| Lines 178-180 | Denied to the extent the allegations relate to HSBC. |
| Lines 181-182 | Denied to the extent the allegations relate to HSBC. |
| Lines 183-187 | Denied to the extent the allegations relate to HSBC. |
| Lines 188-189 | Denied to the extent the allegations relate to HSBC. |
| Lines 190-192 | Denied to the extent the allegations relate to HSBC. |

## PETITIONER SEEKS REMEDY

Lines 194-199     HSBC denies that Plaintiff is entitled to damages; declaratory relief; injunctive relief; or any other remedy.

## PETITIONER HAS BEEN HARMED

| | |
|---|---|
| Line 201 | Denied to the extent the allegations relate to HSBC. |
| Lines 202-203 | Denied. |
| Lines 204-205 | Denied. |

## STATEMENT OF CLAIM

**DEFENDANTS LACK STANDING**

**No Evidence of Contractual Obligation**

Lines 207-214     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 215-223     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**No Proper Evidence of Agency**

Lines 224-232     To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Special Purpose Vehicle**

Lines 233-243    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Criminal Conspiracy and Theft**

Lines 244-250    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Agent Practiced Up-Selling**

Lines 251-262    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Fraudulent Inducement**

Lines 263-265    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Extra Profit on Sale of Predatory Loan Product**

Lines 266-269    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**Extra Commission for Late Payments**

Lines 270-276    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**Extra Income for Handling Foreclosure**

Lines 277-280    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**Credit Default Swap Gambling**

Lines 281-284    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

### LENDER ATTEMPTING TO FRAUDULENTLY COLLECT ON VOID LIEN

Lines 285-289    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 290-292    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 293-295    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 296-298    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 299-301    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

### LENDER PROFIT BY CREDIT DEFAULT SWAP DERIVATIVES

Lines 302-308    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

### LENDER CHARGED FALSE FEES

Lines 309-312    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 313-314    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 315-324    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 325-331	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**RESPA PENALTY**

Lines 332-337	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 338-342	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 343-347	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 348-351	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 352-353	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 354-355	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**LENDER CONSPIRED WITH APPRAISER**

Lines 356-361	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**LENDER CONSPIRED WITH TRUSTEE**

Lines 362-365	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 366-370	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**DECEPTIVE ADVERTISING AND OTHER UNFAIR BUSINESS PRACTICES**

Lines 371-377  To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**EQUITABLE TOLLING FOR TILA AND RESPA**

Lines 378-380  HSBC denies that equitable tolling applies in this case.

Lines 381-390  To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 391-405  To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 406-411  To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**BUSINESS PRACTICES CONCERNING DISREGARDING OF UNDERWRITING STANDARDS**

Lines 412-420  To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 421-428  To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 429-435  To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 436-440  To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 441-445  To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 446-450	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 451-454	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 455-458	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 459-468	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 469-475	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 476-478	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 479-483	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 484-488	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 489-491	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**UNJUST ENRICHMENT**

Lines 492-501	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 502-504	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC. In further answer, HSBC denies that Plaintiffs are entitled to any relief from HSBC.

**CLAIM TO QUIET TITLE**

Lines 505-509	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 510-520	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**SUFFICIENCY OF PLEADING**

Lines 521-527	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

Lines 528-536	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they allege any wrong doing by HSBC.

**CAUSES OF ACTION**

**BREACH OF FIDUCIARY DUTY**

Lines 538-541	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 542-545	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 546-547	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 548-549	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**CAUSES OF ACTION – NEGLIGENCE / NEGLIGENCE PER SE**

Lines 550-553    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 554-558    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 559-562    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 563-566    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 567-568    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**AGENT: COMMON LAW FRAUD**

Lines 569-572    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 573-575    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 576-580    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 581-583    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 584-590    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**PETITIONER PROPERLY AVERRED A CLAIM FOR BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

Lines 591-598    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 599-603    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 604-612    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 613-627    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**CAUSE OF ACTION VIOLATION OF TRUTH IN LENDING ACT 15 U.S.C. § 1601 ET SEQ**

Lines 628-632    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 633-635    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

Lines 636-640    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 641-643    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 644-645    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 646-647    To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.

Lines 648-649	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.  In further answer, HSBC denies that Plaintiffs are entitled to any relief from HSBC.

Lines 650-652	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.  In further answer, HSBC denies that Plaintiffs are entitled to any relief from HSBC.

Lines 653-655	To the extent this paragraph states allegations requiring a response, the allegations are denied to the extent they relate to HSBC.  In further answer, HSBC denies that Plaintiffs are entitled to any relief from HSBC.

WHEREFORE, Defendant HSBC respectfully requests that this Court dismiss Plaintiff's Complaint in its entirety, deny the relief sought by Plaintiff, and enter a judgment in favor of HSBC and against Plaintiff, together with costs and attorney's fees.

Respectfully submitted,

DICKINSON WRIGHT PLLC


By: /s/ Francis R. Ortiz
    Francis R. Ortiz (P31911)
    Jennifer L. Newby (P68891)
Attorneys for HSBC Mortgage Services
500 Woodward Ave., Suite 4000
Detroit, Michigan  48226
(313) 223-3500
fortiz@dickinsonwright.com
jnewby@dickinsonwright.com

Dated:  November 30, 2010

## **AFFIRMATIVE DEFENSES**

Defendant HSBC Mortgage Services ("HSBC"), by and through its attorneys Dickinson Wright PLLC, hereby states as follows for its Affirmative Defenses to Plaintiff's Complaint:

1. Plaintiff's claims are barred because they fail to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred in whole or in part by the applicable statute of limitations and/or the doctrine of laches.

3. To the extent that Plaintiff has suffered any damages, the same were the result of her own actions or the actions of others not under the control of HSBC.

4. Plaintiff failed to join a necessary party(s).

5. Plaintiff failed to plead fraud with the required particularity.

6. Plaintiff's claims are subject to an agreement to arbitrate.

7. HSBC reserves the right to amend its Affirmative Defenses as this case proceeds.

    Respectfully submitted,

    DICKINSON WRIGHT PLLC


    By: /s/ Francis R. Ortiz
       Francis R. Ortiz (P31911)
       Jennifer L. Newby (P68891)
    Attorneys for HSBC Mortgage Services
    500 Woodward Ave., Suite 4000
    Detroit, Michigan  48226
    (313) 223-3500
    fortiz@dickinsonwright.com
    jnewby@dickinsonwright.com

Dated:  November 30, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2010, I electronically filed the foregoing paper with the Clerk of the Court with the Western District of Michigan using the ECF system; which will send notification to all counsel of record by CM/ECF. I also mailed by U.S. Postal Service the foregoing to the following non-ECF participant(s):

Elouise Moore
7611 Thrasher Lane
Kalamazoo, Michigan 49009


<u>/s/ Francis R. Ortiz</u>
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
fortiz@dickinsonwright.com

DETROIT 27528-212 1184221