UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELOUISE MOORE,

    Plaintiff,                        Case No. 1:10-CV-1072

v.                                     HON. GORDON J. QUIST

HSBC MORTGAGE SERVICES, INC.,

    Defendant.
                                          /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on September 7, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 6, 2011, (Dkt. #20) is **approved and adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Dkt. #10) is **granted in part and denied in part**. Defendant's motion for summary judgment is **granted** as to Plaintiff's TILA claim and Plaintiff's state law claims are **dismissed without prejudice**.

This case is **concluded**.

Dated: October 13, 2011                              /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE